IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARY DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 6:19-CV-227-RP |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The record reflects that no proposed scheduling order has yet been submitted in this case. Parties are required to submit a proposed scheduling order to the Court no later than sixty days after any appearance of any defendant. *See* W.D. Tex. Loc. R. CV-16(c). Defendant Baylor University first appeared in this case by filing a motion for additional time to file an Answer on May 28, 2019. (Dkt. 8). Over sixty days have now passed since that appearance.

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using District Judge Robert Pitman's form on or before **September 9, 2019**.

**SIGNED** on August 5, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE