IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MARY DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 6:19-CV-227-RP |
| BAYLOR UNIVERSITY, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is *Mary Doe v. Baylor University*, No. 6:19-cv-227 (W.D. Tex. Mar. 27, 2019).

**IT IS ORDERED** that all pending and future non-dispositive motions in this case are **REFERRED** to United States Magistrate Judge Andrew W. Austin for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on October 21, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE