**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **MARY DOE** | § | |
| | § | |
| **v.** | § | **6:19-CV-227-RP-AWA** |
| | § | |
| **BAYLOR UNIVERSITY** | § | |

## ORDER

On October 9, 2019, the District Court referred all pending and future non-dispositive motions to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72, and Rule 1(c) of Appendix C of the Local Court Rules. Dkt. No. 26. This order is entered to set a date for a status conference.

Counsel for the parties are **ORDERED** to appear by telephone for a status conference on **Monday, February 10, at 10:30 a.m. in Courtroom No. 3, United States Courthouse, 501 West 5th Street, Austin, Texas**. Counsel will receive dial-in instructions from the undersigned's courtroom deputy, Ms. Amanda Deichert (512) 916-5896, prior to the hearing. Finally, all future pleadings should be filed with "AWA" after the cause number, as reflected above.

SIGNED this 15th day of January, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE