

**Farrow-Gillespie Heath Witter** LLP

1700 Pacific Avenue | Suite 3700 | Dallas, Texas 75201

www.fghwlaw.com
214-361-5600
fax 214-203-0651
henry@fghwlaw.com

**Henry Wehrmann | Partner**
*BOARD CERTIFIED-PERSONAL INJURY TRIAL LAW*
*TEXAS BOARD OF LEGAL SPECIALIZATION*
*MEMBER OF THE COLLEGE OF THE STATE BAR OF TEXAS*



May 27, 2021

**Via Electronic Case Filing**
Chief Clerk
U.S. District Court
Western District of Texas, Waco Division
800 Franklin Avenue
Waco, Texas 76701

      RE:    Cause No. 6:19-cv-00227-RP; *Mary Doe v. Baylor University*; In the United States District Court for the Western District of Texas, Waco Division

Dear Clerk of the Court:

Please note that I will be on vacation from **Monday, March 14, 2022, through Wednesday, March 30, 2022.**

I respectfully request that the Court not schedule any hearings, matters requiring a response, or other court proceedings in the above-referenced cause or any other pending matters during this time period.

Thank you for your kind assistance in this matter.

                              Respectfully submitted,

                              */s/ Henry S. Wehrmann*
                              Henry S. Wehrmann

HSW/tcb

cc:    All Counsel of Record – ***Via eFiling for Texas***

#### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via e-filing for Texas upon the following counsel via e-mail on this 27th day of May, 2021.

Julie A. Springer
jspringer@wshllp.com

Sara E. Janes
sjanes@wshllp.com

Colleen Murphey
cmurphey@wshllp.com

WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, Texas 78701

                                              */s/ Henry S. Wehrmann*
                                              HENRY S. WEHRMANN